UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, | ) ) ) CASE NO.: 1:17-cv-4221-TWP-TAB |
| Plaintiff, | ) ) |
| vs. | ) ) |
| FRANKLIN SHOPPES LLC, an Indiana Limited Liability Company, | ) ) ) |
| Defendant. | ) |
| _____ / | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dennis Tooley, and Defendant, Franklin Shoppes LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: March 6, 2018

Respectfully Submitted,

*/s/ Louis I . Mussman*
Louis I. Mussman, Esq.
Bar No. 597155
Ku & Mussman, P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Phone: (305) 891-1322
Fax: (305) 891-4512
Email: Louis@KuMussman.com

and

Respectfully Submitted,

*/s/ Patrick M. O'Brien*
Patrick M. O'Brien, Esq.
Indiana Bar No. 10887-49
107 N. St. Rd. 135, Suite 301
Greenwood, IN 46142
Phone: (317) 882-2255
Email: obobrien@aol.com

*Attorney for Defendants*

1

Eric C. Bohnet, Esq.
Attorney No. 24761-84
Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana   46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Patrick M. O'Brien, Esq.
107 N. St. Rd. 135, Suite 301
Greenwood, IN 46142

By:   */s/ Louis I. Mussman*
       Louis I. Mussman, Esq.