UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>    Plaintiff,<br>vs.<br><br>FRANKLIN SHOPPES LLC,<br>an Indiana Limited Liability Company,<br><br>    Defendant. | CASE NO.: 1:17-cv-4221-TWP-TAB |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice.

Date: 3/7/2018

                _____
                Hon. Tanya Walton Pratt, Judge
                United States District Court
                Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF